AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
### for the
__Southern__ __District of__ __Ohio__

United States of America )
)
v. )
) Case No.
Thomas G. Thompson )
_Defendant_ )

DETENTION

## WAIVER OF A ~~PRELIMINARY~~ HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a ~~preliminary hearing~~ *detention hearing* under Fed. R. Crim. P. 5, or to a ~~preliminary hearing~~ *detention hearing* under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 3/24/15

_Defendant's signature_

_Signature of defendant's attorney_

Benjamin G. Dusing (OH # 0078570)
_Printed name and bar number of defendant's attorney_

50 East RiverCenter Blvd, Suite 820
Covington, KY 41011
_Address of defendant's attorney_

bdusing@bgdlaw.com
_E-mail address of defendant's attorney_

(513) 322.1900 (o); (859) 468.8991
_Telephone number of defendant's attorney_

N/A
_FAX number of defendant's attorney_